# Third District Court of Appeal

## State of Florida

Opinion filed October 22, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1206
Lower Tribunal No. F98-39479C
_____

**Jonnie Ravon,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Laura Maria Gonzaléz-Marqués, Judge.

Jonnie Ravon, in proper person.

James Uthmeier, Attorney General, and David Llanes, Assistant Attorney General, for appellee.

Before LINDSEY, GORDO, and GOODEN, JJ.

LINDSEY, J.

Appellant, Defendant below, Jonnie Ravon, appeals the summary denial of a Rule 3.800(a) Motion to Correct Illegal Sentence. This same issue was raised and ruled on below in an order entered on August 1, 2014, and our Court affirmed that order the following year. See Ravon v. State, 159 So. 3d 945, 945 (Fla. 3d DCA 2015). Because defendants are not permitted to raise similar claims in more than one motion, we are constrained to affirm. See Swain v. State, 911 So. 2d 140, 143-44 (Fla. 3d DCA 2005) ("[T]he law of the case doctrine prevents a litigant from relitigating the same issues previously considered and rejected on the merits and reviewed on appeal."); McGee v. State, 327 So. 3d 382, 383 (Fla. 3d DCA 2021) ("Finding that the issue raised before the lower tribunal was squarely adjudicated by way of a previously affirmed court order, and McGee has failed to demonstrate manifest injustice capable of determination from the face of the record, we affirm.").

Moreover, successive postconviction proceedings raising claims nearly identical to claims previously rejected are properly denied. See Butler v. State, 95 So. 3d 294, 295 (Fla. 3d DCA 2012) (citing Hepburn v. State, 934 So. 2d 515 (Fla. 3d DCA 2005)); McGee, 327 So. 3d at 383.

Affirmed.